**0UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

BARTHOLOMEW FRANCIS CASO,                     Case No: 13-12673-MAM

        Debtor.                                    Chapter 11 Case
_____/               Jointly Administered[1]


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (INDIVIDUAL)

FOR THE PERIOD

FROM October 1, 2018 TO October 31, 2018


Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


                                      /s/ David Lloyd Merrill

Bartholomew Francis Caso                       David Lloyd Merrill, Esq.
511 Cypress Crossing                           THE ASSOCIATES
Wellington FL 33414                            1525 Prosperity Farms Road, Suite B
                                               West Palm Beach, FL 33403
                                               (o) 1.561.877-1111
                                               (f) 1.772.409.6749


------

[1]Administratively consolidated with In Re: Amalia Elizabeth Caso, Case No. 16-10666-MAM.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | BARTHOLOMEW F. CASO JR. |
|---|---|
| Case Number: | 13 - 12673 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month OCT. 2018 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 7,598.09 | 7,598.09 |
| CASH- Beginning of Month (Business) | 8,521.35 | 8,521.35 |
| | | |
| Total Household Receipts | 1,401.00 | 341,918.32 |
| Total Business Receipts | 10,165.00 | 553,090.27 |
| Total Receipts | 11,566.00 | 895,008.59 |
| | | |
| Total Household Disbursements | 4,445.33 | 337,205.95 |
| Total Business Disbursements | 13,534.64 | 562,691.79 |
| Total Disbursements | 17,979.97 | 899,897.74 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | -6,413.97 | -4,889.15 |
| | | |
| CASH- End of Month (Individual) | 4,553.76 | 4,553.76 |
| CASH- End of Month (Business) | 5,151.71 | 5,151.71 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 17,979.97 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 17,979.97 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___20th___ day of ___NOVEMBER___ 20_18_.

_Bartholomew F. Caso Jr._
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month OCTOBER | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 7,598.09 | |
| | | |
| **CASH RECEIPTS** | | |
| ~~Salary or Cash from Business~~ MORTGAGE BUSINESS | | 259,662.01 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1,222.24 | 68,999.95 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) REFUNDS | 180.76 | 6,372.30 |
| | | |
| **TOTAL RECEIPTS** | 1,401.00 | 340,252.07 |
| | | |
| **CASH DISBURSEMENTS** | | |
| ~~Alimony or Child Support Payments~~ TRF TO RENTAL | 100.00 | 73,409.00 |
| Charitable Contributions /CHURCH/SCHOOL | | 220.00 |
| ~~Gifts~~ OFFICE SUPPLIES/EQUIP/LOAN PROCESSING | 500.33 | 18,537.06 |
| Household Expenses/Food/Clothing | 725.83 | 62,523.97 |
| Household Repairs & Maintenance | | 14,455.90 |
| Insurance | 438.83 | 14,715.91 |
| IRA Contribution | | |
| Lease/Rent Payments | | 3,140.00 |
| Medical/Dental Payments /PRESCRIPTIONS/MEDS | 94.22 | 17,248.22 |
| Mortgage Payment(s) /SECURE | 2,000.00 | 14,000.00 |
| ~~Other Secured Payments~~ BANK ERRORS | | 3,200.00 |
| ~~Taxes - Personal Property~~ PROV. CREDIT REVERSE | | 3,200.00 |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) OV PMTS IRS | | 6,366.42 |
| Travel & Entertainment | 89.00 | 21,609.85 |
| Tuition/Education | 497.12 | 22,464.86 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | 8,548.53 |
| Vehicle Expenses | | 8,250.09 |
| Vehicle Secured Payment(s) | | 7,800.00 |
| U. S. Trustee Quarterly Fees | | 4,012.00 |
| Professional Fees (Legal, Accounting) | | 100.00 |
| Other (attach schedule) REFUNDS CLIENTS | | 25,026.66 |
| OFFICE SUPPLIES/APPLIANCES/EQUIP./SVRVED | | 8,448.00 |
| SS TATIANA | | 300.00 |
| REFUNDS TO OPR | | |
| **Total Household Disbursements** | 4,445.33 | 381,312.76 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 4,553.76 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month OCTOBER | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 8,522.35 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| ~~Cash Sales~~ SEC. DEPOSITS | | 6,430.00 |
| ~~Account Receivable Collection~~ SEC. DEP. TRF. TO OPR. | | 2,050.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 460,402.00 |
| Rental Income | 10,165.00 | 6,773.34 |
| ~~Sale of Business Assets (attach list to this report)~~ REFUNDS/BK | | |
| Other (specify) (attach list to this report) TRF. PERS. TO BUS. | | 71,719.60 |
| **Total Business Receipts** | 10,165.00 | 548,384.34 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| ~~Net Payroll (Excluding Self)~~ RETURN ESCROW | | 650.00 |
| | | 1,950.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) TRF. TO ESCROW SEC. DEPOSITS | | 7,090.74 |
| | | 800.00 |
| ~~Taxes - Payroll~~ APPRAISALS | | 915.27 |
| ~~Taxes - Sales~~ LICENSES | 227.95 | 14,767.73 |
| Taxes Other ~~(attach schedule)~~ REAL ESTATE | 345.52 | 39,913.22 |
| Contract Labor (Subcontractors) | | 1,490.87 |
| ~~Inventory Purchases~~ POSTAGE/FEES | | 4,090.68 |
| Secured/Lease Payments (Business) / STORAGE | | 28,880.20 |
| Utilities (Business) | 1,000.30 | 48,827.51 |
| Insurance | 645.33 | 7,314.13 |
| Vehicle Expenses / REPAIRS/FUEL | 1,723.99 | 2,698.44 |
| Travel & Entertainment | 153.35 | 37,287.43 |
| Repairs and Maintenance | 760.00 | 110,642.94 |
| Supplies | 2,819.62 | 1,750.00 |
| ~~Charitable Contributions/Gifts~~ PEST | | 38,430.71 |
| Purchase of Fixed Assets / SEPTIC/LIFTST/AC/FUEL/DOORS | 140.16 | 4,971.30 |
| ~~Advertising~~ OFFICE / TRF. TO PERS. | | 5,369.68 |
| Bank Charges / (RET. CHKS & FEES) | 4,938.03 | 100,085.71 |
| Other (attach schedule) MORTGAGE PMTS | 780.39 | 48,981.03 |
| CONDO + HO FEES | 13,534.64 | 504,745.62 |
| **Total Business Disbursements** | | |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 5,151.71 | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |

✓ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: 10-23-18  COMPLETED

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | Wells Fargo | |
| Account Number: | XXXX 2836 | XXXX 2844 | XXXX | |
| Purpose of Account (Business/Personal) | Pers. | Rental | Escrow | |
| Type of Account (e.g. checking) | Ckg | Ckg | Ckg | |
| 1. **Balance per Bank Statement** | 4,553.76 | 8,017.49 | 3,181.24 | |
| 2. **ADD:** Deposits not credited (attach list to this report) | 0 | 0 | 0 | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | 0 | 2,865.78 | 0 | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | 0 | |
| 5. **Month End Balance** (Must Agree with Books) | 4,553.76 | 5,151.71 | 3,181.24 | |
| TOTAL OF ALL ACCOUNTS | | | | $12,886.71 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A –1**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | WELLS FARGO |
| Account Number | XXXX 2836 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CKG |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10-1 | EL RINCONCITO | HH | 47.53 |
| | 10-1 | DD | HH | 20.00 |
| | 10-1 | MCDONALDS | HH | 8.40 |
| | 10-1 | McDonalds | HH | 4.28 |
| | 10-1 | ALDI | HH | 59.35 |
| | 10-1 | APPLE | HH | 2.99 |
| | 10-1 | COSTCO | OFFICE | 118.77 |
| | 10-1 | PUBLIX | HH | 2.20 |
| | 10-3 | COSTCO | OFFICE | 84.18 |
| | 10-3 | WISH | HH | 21.90 |
| | 10-4 | PANERA | HH | 19.63 |
| | 10-9 | AT&T | PHONE, CABLE, INTERNET | 211.65 |
| 1343 | 10-9 | WBBA | DONATION - HS BAND | 100.00 |
| 1373 | 10-9 | WELLS FARGO | SECURE PMT | 2,000.00 |
| | 10-11 | FPL | UTILITIES | 285.91 |
| | 10-12 | CARDIOLOGY PARTNERS | DR. | 45.00 |
| | 10-12 | POLLO TROPICAL | HH | 6.62 |
| | 10-12 | ADT | HH | 87.26 |
| | 10-12 | McDonald's | HH | 11.94 |
| | 10-15 | PUBLIX | HH | 65.00 |
| | 10-15 | REDBOX | HH | 2.68 |
| | 10-16 | POLLO TROPICAL | HH | 20.78 |
| | 10-16 | AMAZON | HH | 13.23 |
| | 10-16 | HAVANA | HH | 60.00 |
| | 10-17 | AMAZON | HH | 9.05 |
| | 10-17 | PUBLIX | HH | 57.67 |
| | 10-19 | REDBOX | HH | 1.87 |
| | 10-19 | MELLOW MUSHROOM | HH | 35.99 |
| | 10-22 | PANERA | HH | 19.12 |
| | 10-22 | REDBOX | HH | 1.87 |
| | 10-22 | REDBOX | HH | 1.87 |
| | 10-22 | SWEET TOM. | HH | 21.38 |
| | 10-22 | DD | HH | 20.00 |
| | 10-22 | BJ'S | OFFICE | 217.86 |
| | 10-23 | DD | HH | 26.00 |
| | 10-24 | STATE FARM | INSURANCE | 480.33 |
| | 10-25 | VIT SHOPPE | MEDS | 88.54 |
| | 10-25 | REDBOX | HH | 1.87 |
| | 10-26 | FIN. EDUC. | EDUC. | 89.00 |
| | | | (CONT. TOTAL) | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT –**
**INDIVIDUAL**

**ATTACHMENT NO. 3A** ~~2~~

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | WELLS FARGO |
|---|---|
| Account Number | XXXX 2836 |
| Purpose of Account (Personal) | PERS. |
| Type of Account (e.g., Checking) | CHG. |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10/29 | WALMART | HH | 85.42 |
| | 10/29 | MCDONALDS | HH | 8.51 |
| | 10/29 | DP | HH | 20.00 |
| | 10/30 | McDONALDS | HH | 8.42 |
| | 10/30 | McDONALDS | HH | 10.36 |
| | 10/31 | APPLE | HH | 2.99 |
| | 10/31 | CVS | MEDS | 10.68 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 4445 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**                     **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | WELLS FARGO |
|---|---|
| Account Number | XXXX 2844 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CKG. |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10-1 | FUEL - CITGO | FUEL | 43.05 |
| | 10-1 | TRACTOR SUPPLIES | SUPPLIES - 1183 SE 40 | 676.96 |
| | 10-1 | TRACTOR SUPPLY | SUPPLIES - 1183 SE 40 | 32.09 |
| | 10-1 | TRACTOR SUPPLY | SUPPLIES - 1183 SE 40 | 5.99 |
| | 10-1 | FIRESTONE | AUTO REPAIR | 628.87 |
| | 10-1 | HARBOR FREIGHT | TOOLS 1183 SE 40 | 17.16 |
| | 10-1 | HOME DEPOT | SUPPLIES - 1183 SE 40th | 32.94 |
| | 10-1 | LOWES | SUPPLIES - 1183 SE 40th | 297.49 |
| | 10-2 | VOLUSIA CTY TAX | RE TAXES | 345.52 |
| | 10-3 | COMCAST | UTIL. | 191.03 |
| | 10-3 | ROYAL ARMS CONDO | MO FEE - MAINTENANCE | 212.45 |
| | 10-4 | COSTCO | FUEL | 30.00 |
| | 10-4 | OCU | UTIL. | 9.84 |
| 1138 | 10-5 | GEORGE MAUL | MTG | 624.83 |
| | 10-9 | MARATHON | FUEL | 12.00 |
| | 10-9 | SHELL | FUEL | 12.00 |
| | 10-9 | FLASH | FUEL | 22.00 |
| | 10-9 | PILOT | FUEL | 14.01 |
| | 10-9 | PILOT | FUEL | 14.02 |
| 1155 | 10-9 | GREENBERG | UTILITY | 59.78 |
| 1152 | 10-9 | RICCARDO HEAT & COOL | 1183 SE 40th A/C | 150.00 |
| 1153 | 10-9 | SANTOS LOPEZ | 1183 SE 40th AVE. SUPPLIES | 140.00 |
| | 10-10 | HOME DEPOT | FUEL | 44.87 |
| | 10-10 | 7-11 | | 20.00 |
| | 10-10 | LOWES | SUPPLIES - SW 2nd AVE. | 156.01 |
| | 10-11 | OUR | UTIL. | 22.33 |
| | 10-11 | WHISPER LAKES 173 | CONDO FEE | 233.92 |
| | 10-11 | WHISPER LAKES 181 | CONDO FEE | 235.17 |
| 1154 | 10-11 | TOMMY EVANS JR | MAINT. | 150.00 |
| | 10-12 | O-SALSAS | HELP - 1610 | 27.06 |
| | 10-12 | COSTCO | FUEL | 47.26 |
| | 10-12 | STATE FARM | INS. | 105.12 |
| | 10-12 | FPL | UTIL. | 117.26 |
| | 10-12 | FPL | UTIL. | 208.62 |
| | 10-15 | HOME DEPOT | SUPPLIES 1610 | 156.73 |
| | 10-15 | PSU | PERIODICAL | 79.00 |
| | 10-15 | EL RECONCITO | HELP - 1610 | 43.33 |
| | 10-15 | LOWES | SUPPLIES - 1610 | 11.80 |
| | 10-15 | ALDI | SUPPLIES - 1610 | 26.62 |
| | | | **TOTAL** | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | WELLS FARGO |
|---|---|
| Account Number | Xxxx 2844 |
| Purpose of Account (Business) | BUS |
| Type of Account (e.g., Checking) | CHEC |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10/15 | 7-11 | FUEL | 51.00 |
| | 10/15 | AUTOZONE | CAR REPAIR | 126.96 |
| | 10/15 | FRIGIDAIRE | Supplies 1610 | 46.73 |
| | 10/15 | GPC | UTIL | 27.33 |
| | 10/16 | APPLIANCE PARTS | SUPPLIES -1610 | 97.67 |
| | 10/16 | AAA | AUTO REP. | 17.91 |
| | 10/17 | MASTER INS. BUS-BUS. | INS. | 540.20 |
| 1172 | 10/18 | PEDRO MARTIN | MAINTENANCE | 420.00 |
| 1168 | 10/18 | OAK LAKE VIDEO HO | MO. FEES | 100.00 |
| | 10/19 | DELICIAS | HELP 1610 | 41.67 |
| | 10/19 | 7-11 | FUEL | 21.00 |
| | 10/19 | ADVANCED AUTO | AUTO PARTS | 28.51 |
| | 10/19 | COSTCO | FUEL | 50.00 |
| 1169 | 10/19 | WELLS FARGO | SEC. PMT. | 575.00 |
| | 10/22 | A-1 RADIATOR | AUTO REPAIR | 310.39 |
| | 10/22 | COSTCO | FUEL | 19.00 |
| | 10/22 | 7-11 | FUEL | 14.00 |
| | 10/22 | PILOT | FUEL | 18.00 |
| | 10/22 | WALMART | SUPPLIES UNIT 173 TAMPA | 153.85 |
| | 10/22 | DOLLAR TREE | SUPPLIES UNIT 173 TAMPA | 57.22 |
| | 10/22 | WALMART | SUPPLIES UNIT 173 TAMPA | 61.54 |
| | 10/22 | FASTLY VENDING | KEYS #178 TAMPA | 6.00 |
| | 10/22 | WAWA | FUEL | 8.00 |
| | 10/22 | LAW DEPOT | FORMS-LEGAL | 22.00 |
| 1171 | 10/22 | SLS | MTG PMT | 419.77 |
| 1190 | 10/22 | SLS | MTG PMT | 458.23 |
| | 10/23 | FPB | UTIL - 1183 SE 40th FINAC | 90.14 |
| 1186 | 10/23 | HOME DEPOT | SUPPLIES UNIT 173 TAMPA | 486.85 |
| | 10/24 | 7/11 | FUEL | 28.00 |
| 1163 | 10/24 | SLS | MTG | 853.40 |
| 1164 | 10/24 | SLS | MTG | 853.40 |
| 1165 | 10/24 | SLS | MTG | 853.40 |
| | 10/24 | RICK ADY | ENT. | 18.17 |
| | 10/25 | COSTCO | FUEL | 35.00 |
| | 10/25 | LOWES | SUPPLIES -1610 | 206.07 |
| 1157 | 10/26 | RR SPORTS | MTG. | 300.00 |
| | 10/29 | DRIVER SUPPORT | OFFICE | 9.99 |
| | 10/29 | EL BORREGON | HELP 1610 | 41.86 |
| | 10/29 | CITY OF DAYTONA BCH | LICENSE | 227.95 |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C - 2**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | WELLS FARGO |
|---|---|
| Account Number | XXXX 2844 |
| Purpose of Account (Business) | RENTAL BUS. |
| Type of Account (e.g., Checking) | CKG |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 10/29 | MURPHY | FUEL | 12.00 |
| | 10/29 | DOLLAR TREE | SUPPLIES 1660 | 100.04 |
| | 10/29 | LOWES | SUPPLIES 1660 | 157.12 |
| | 10/29 | FASTKO Vending | SUPPLIES 1660 | 8.00 |
| | 10/29 | 7/11 | FUEL | 1400 |
| | 10/29 | OUA | WATER | 40.77 |
| | 10/29 | OUA | WATER | 42.73 |
| | 10/29 | 7/11 | FUEL | 36.00 |
| | 10/30 | COMCAST | UTIL | 191.03 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| | | | |
| **Accounts Payable Beginning Balance*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| (SEE RENT ROLL) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## POST PETITION STATUS OF LEASES

| Tenant | Rent | Paid | Past Due | Months |
|--------|------|------|----------|--------|
| Morales | 1,000. | 1,000. | 0 | 0 |
| McMillian^ | 600. | 600. | 2,400. | 3+ |
| Morse^^ | 600. | 600. | 1,735. | 2+ |
| Bohn | 675. | 675 | 0 | 0 |
| Marrisa | 775. | 775. | 0 | 0 |
| Mullen | 850. | 725. | 125. | 0 |
| Timmons^^^ | 600. | 600. | 2,249. | 3+ |
| Schultz | 650. | 650. | 0 | 0 |
| Marion | 700. | 700. | 0 | 0 |
| Eduardo | 700. | 700. | 0 | 0 |
| Roberts | moved | | | |
| Cruz | moved | | 0 | 0 |
| Rivers | 850. | 850. | 0 | 0 |
| Voss | 1,400. | 1,400. | 0 | 0 |
| Christine^^^^^ | 650. | 300. | 1,610. | 2+ |

^ Back to full time work.  Will pay off back owed monthly.

^^Auto weekly bank paid pmts of $150.

^^^Water and electric included in mobile home rent, paying extra each month.

^^^^Month to Month lease – moved out

^^^^^Water included in lease – lost job – started part-time

# Wells Fargo Value<sup>SM</sup> Checking

Account number: ████2836  ■  October 1, 2018 - October 31, 2018  ■  Page 1 of 5



**WELLS FARGO**

BARTHOLOMEW F CASO
DEBTOR IN POSSESSION
CH 11 CASE #13-12673 (SFL)
511 CYPRESS XING
WELLINGTON FL 33414-6369

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $7,598.09 |
| Deposits/Additions | 1,401.00 |
| Withdrawals/Subtractions | - 4,445.33 |
| **Ending balance on 10/31** | **$4,553.76** |

Account number: ████2836

**BARTHOLOMEW F CASO
DEBTOR IN POSSESSION
CH 11 CASE #13-12673 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(287)
Sheet Seq = 0128505



Account number: ████2836  ■ October 1, 2018 - October 31, 2018  ■ Page 2 of 5



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Purchase authorized on 09/27 El Rinconcito Colo Royal Palm Be FL S588271049726601 Card 5259 | | 47.53 | |
| 10/1 | | Recurring Payment authorized on 09/28 Dunkin Donuts Auto 800-447-0013 MA S308271541712177 Card 5259 | | 20.00 | |
| 10/1 | | Purchase authorized on 09/28 McDonald's F17525 Wellington FL S388271566828893 Card 5259 | | 8.40 | |
| 10/1 | | Purchase authorized on 09/29 McDonald's F11106 Okeechobee FL S468272666383003 Card 5259 | | 4.28 | |
| 10/1 | | Purchase authorized on 09/29 Aldi 77080 West Palm Be FL P00468272853670279 Card 5259 | | 59.35 | |
| 10/1 | | Recurring Payment authorized on 09/30 Apl*Itunes.Com/Bil 800-275-2273 CA S308273565768761 Card 5259 | | 2.99 | |
| 10/1 | | Purchase authorized on 10/01 Costco Whse #0623 Royal Palm B FL P00588275017630445 Card 5259 | | 118.77 | |
| 10/1 | | Purchase authorized on 10/01 Publix Super Mar 11977 So Royal Palm Be FL P00468275028511839 Card 5259 | | 2.20 | 7,334.57 |
| 10/3 | | Delaware Life IN ACH AP0001919402 Bartholomew Caso | 126.24 | | |
| 10/3 | | Mobile Deposit : Ref Number :105030888967 | 76.77 | | |
| 10/3 | | Mobile Deposit : Ref Number :050030888836 | 101.99 | | |
| 10/3 | | Purchase authorized on 10/03 Costco Whse #0623 Royal Palm B FL P00388277014459220 Card 5259 | | 84.18 | 7,555.39 |
| 10/4 | | Purchase authorized on 10/02 Order.Wish.Com WWW.Wish.Com CA S468275624724823 Card 5259 | | 21.90 | |
| 10/4 | | Purchase authorized on 10/03 Panera Bread #2047 Royal Palm Be FL S388277022662597 Card 5259 | | 19.63 | 7,513.86 |
| 10/9 | | Recurring Payment authorized on 10/06 ATT*Bill Payment 800-288-2020 TX S308279711101478 Card 5259 | | 211.65 | |
| 10/9 | 1343 | Check | | 100.00 | |
| 10/9 | 1373 | Check | | 2,000.00 | 5,202.21 |
| 10/11 | | Fpl Direct Debit Elec Pymt 10/18 2250993280 Webi Bartholomew F Caso Dip | | 285.47 | 4,916.74 |
| 10/12 | | Purchase authorized on 10/10 Cardiology Partner Wellington FL S388283533719173 Card 5259 | | 45.00 | |
| 10/12 | | Purchase authorized on 10/10 Pollo Tropical 100 Royal Palm Be FL S308283600710242 Card 5259 | | 6.62 | |
| 10/12 | | Recurring Payment authorized on 10/11 ADT Security*40260 WWW.ADT.Com FL S388284298956316 Card 5259 | | 37.26 | |
| 10/12 | | Purchase authorized on 10/11 McDonald's F17525 Wellington FL S468284684789077 Card 5259 | | 11.94 | 4,815.92 |
| 10/15 | | Purchase authorized on 10/12 Publix Super Mar 15625 So Loxahatchee G FL P00468286066365169 Card 5259 | | 65.60 | |
| 10/15 | | Purchase authorized on 10/13 Redbox *Dvd Rental 866-733-2693 IL S308287095678899 Card 5259 | | 2.68 | 4,747.64 |
| 10/16 | | Purchase authorized on 10/14 Pollo Tropical 100 Royal Palm Be FL S588287565525571 Card 5259 | | 20.83 | |
| 10/16 | | Recurring Payment authorized on 10/15 Amazon Prime Amzn.Com/Bill WA S308288710314364 Card 5259 | | 13.23 | |
| 10/16 | | Purchase authorized on 10/15 Havana Restaurant West Palm Bea FL S468289038211124 Card 5259 | | 60.00 | 4,653.58 |
| 10/17 | | SSA Treas 310 Xxsoc Sec 101718 xxxxx5677A SSA Bartholome F Caso Jr | 1,096.00 | | |
| 10/17 | | Purchase authorized on 10/16 Amazon Music 888-802-3080 WA S588289798446851 Card 5259 | | 9.05 | |
| 10/17 | | Purchase authorized on 10/17 Publix Super Mar 15625 So Loxahatchee G FL P00588291032245379 Card 5259 | | 57.67 | 5,682.86 |
| 10/19 | | Purchase authorized on 10/17 Redbox *Dvd Rental Oakbrook Ter IL S468291032876163 Card 5259 | | 1.87 | |
| 10/19 | | Purchase authorized on 10/18 Mellow Mushroom Pi Wellington FL S468291850152003 Card 5259 | | 35.99 | 5,645.00 |

Account number: ⬛⬛⬛2836  ■ October 1, 2018 - October 31, 2018  ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 10/22 | | Purchase authorized on 10/19 Panera Bread #2047 Royal Palm Be FL S588293038118877 Card 5259 | | 19.12 | |
| 10/22 | | Purchase authorized on 10/19 Redbox *Dvd Rental 866-733-2693 IL S308293057625416 Card 5259 | | 1.87 | |
| 10/22 | | Purchase authorized on 10/19 Redbox *Dvd Rental 866-733-2693 IL S308293057625476 Card 5259 | | 1.87 | |
| 10/22 | | Purchase authorized on 10/20 Sweet Tomatoes 37 Tampa FL S588293821023582 Card 5259 | | 21.38 | |
| 10/22 | | Recurring Payment authorized on 10/21 Dunkin Donuts Auto 800-447-0013 MA S468293543447038 Card 5259 | | 20.00 | |
| 10/22 | | Purchase authorized on 10/21 Bjs Wholesale #0 500 Stat Royal Palm Be FL P00588294754907530 Card 5259 | | 297.38 | 5,283.38 |
| 10/23 | | Recurring Payment authorized on 10/21 Dunkin Donuts Auto 800-447-0013 MA S308294640681391 Card 5259 | | 20.00 | 5,263.38 |
| 10/24 | | State Farm Ro 27 Sfpp 19 S 0393895519 Bart Caso | | 438.83 | 4,824.55 |
| 10/25 | | Purchase authorized on 10/24 Vit*Vitamin Shoppe 800-223-1216 NJ S628298546273056 Card 5259 | | 38.54 | |
| 10/25 | | Purchase authorized on 10/24 Redbox *Dvd Rental 866-733-2693 IL S388298068832573 Card 5259 | | 1.87 | 4,784.14 |
| 10/26 | | Purchase authorized on 10/24 Financial Educatio 248-8489065 MI S468297488729713 Card 5259 | | 89.00 | 4,695.14 |
| 10/29 | | Purchase authorized on 10/26 WM Superc Wal-Mart Sup Okeechobee FL P00000000880162007 Card 5259 | | 85.42 | |
| 10/29 | | Purchase authorized on 10/26 McDonald's F11106 Okeechobee FL S588300094052324 Card 5259 | | 8.51 | |
| 10/29 | | Recurring Payment authorized on 10/27 Dunkin Donuts Auto 800-447-0013 MA S468300538671129 Card 5259 | | 20.00 | 4,581.21 |
| 10/30 | | Purchase authorized on 10/28 McDonald's F11106 Okeechobee FL S388302013533707 Card 5259 | | 3.42 | |
| 10/30 | | Purchase authorized on 10/28 McDonald's F11106 Okeechobee FL S388302018265751 Card 5259 | | 10.36 | 4,567.43 |
| 10/31 | | Recurring Payment authorized on 10/30 Apl*Itunes.Com/Bil 800-275-2273 CA S388303563690861 Card 5259 | | 2.99 | |
| 10/31 | | Purchase authorized on 10/31 Cvs/Pharmacy #03 03601--1 West Palm Bea FL P00388304760320409 Card 5259 | | 10.68 | 4,553.76 |
| **Ending balance on 10/31** | | | | | 4,553.76 |
| **Totals** | | | **$1,401.00** | **$4,445.33** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1343 | 10/9 | 100.00 | 1373 * | 10/9 | 2,000.00 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| | Standard monthly service fee $9.00 | You paid $0.00 |
| Fee period 10/01/2018 - 10/31/2018 | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |

Sheet Seq = 0128506

Account number:  ⬛⬛2836  ■ October 1, 2018 - October 31, 2018  ■ Page 4 of 5



---

### Monthly service fee summary (continued)

| | Minimum required | This fee period | |
|---|---|---|---|
| **How to avoid the monthly service fee** | | | |
| ·  Minimum daily balance | $1,500.00 | $4,553.76 | ☑ |
| ·  Total amount of qualifying direct deposits | $500.00 | $1,222.24 | ☑ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements ($2.00 discount)          ☑

VC/VC

Account number: ████2836  ■  October 1, 2018 - October 31, 2018  ■  Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ 4,552.76

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $          0 |

+ $          0

**C** Add **A** and **B** to calculate the subtotal.

= $ 4,553.76

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $          0 |

- $          0

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ 4,553.76

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo Value<sup>SM</sup> Checking

Account number:  ▬▬2844  ■  October 1, 2018 - October 31, 2018  ■  Page 1 of 6



BARTHOLOMEW F CASO
DEBTOR IN POSSESSION
CH 11 CASE #13-12673 (SFL)
511 CYPRESS XING
WELLINGTON FL 33414-6369

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $11,387.13 |
| Deposits/Additions | 10,165.00 |
| Withdrawals/Subtractions | - 13,534.64 |
| **Ending balance on 10/31** | **$8,017.49** |

Account number:  ▬▬2844

**BARTHOLOMEW F CASO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-12673 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(287)

Account number: ████2844   ■ October 1, 2018 - October 31, 2018   ■ Page 2 of 6



 WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 10/1 | | Purchase authorized on 09/29 Arpad Citgo Okeechobee FL S388272488716222 Card 1004 | | 43.05 | |
| 10/1 | | Purchase authorized on 09/29 Tractor-S 3371 Hwy 441 Okeechobee FL P00000000979936568 Card 1004 | | 671.46 | |
| 10/1 | | Purchase authorized on 09/29 Tractor-S 3371 Hwy 441 Okeechobee FL P00000000773930313 Card 1004 | | 32.09 | |
| 10/1 | | Purchase authorized on 09/29 Tractor-Supply-CO Okeechobee FL S388272537270305 Card 1004 | | 8.99 | |
| 10/1 | | Purchase authorized on 09/29 Firestone141585 3663 H Okeechobee FL P00000000434566470 Card 1004 | | 626.87 | |
| 10/1 | | Purchase authorized on 09/29 Harbor Freight Tools 6 West Palm Bea FL P00000000977251919 Card 1004 | | 17.11 | |
| 10/1 | | Purchase authorized on 09/29 The Home Depot #6379 W Palm Beach FL P00388273064519830 Card 1004 | | 32.94 | 9,657.13 |
| 10/1 | | Purchase authorized on 09/30 Lowe's #654 Royal Plm Bch FL P00388273605346341 Card 1004 | | 297.49 | |
| 10/2 | | Volusia County Tax Coll. 9045728 Bartholomew F Caso | | 345.52 | 9,311.61 |
| 10/3 | | Deposit Made In A Branch/Store | 800.00 | | |
| 10/3 | | Comcast Cable Svc 181002 2843462 Bartholomew *Caso | | 191.03 | |
| 10/3 | | Royal Arms Condo Maint Pymt AP0028247287 Caso, Bartholomew | | 212.45 | 9,708.13 |
| 10/4 | | Edeposit IN Branch/Store 10/04/18 01:40:31 Pm 13840 Wellington Trace Wellington FL 2844 | 400.00 | | |
| 10/4 | | Purchase authorized on 10/04 Costco Gas #623 Royal Palm Be FL P00588278026178762 Card 1004 | | 30.00 | |
| 10/4 | | Okeechobee Utili Final Bill 033296 000 Caso Et Ux, Bartholome | | 9.34 | 10,068.79 |
| 10/5 | | Edeposit IN Branch/Store 10/05/18 01:11:26 Pm 8700 Bryan Dairy Rd Largo FL | 700.00 | | |
| 10/5 | | Mobile Deposit : Ref Number :214050557048 | 150.00 | | |
| 10/5 | | | | 624.83 | 10,293.96 |
| 10/5 | 1138 | Check | | 12.00 | |
| 10/9 | | Purchase authorized on 10/05 Marathon Petro1892 Okeechobee FL S308279096759211 Card 1004 | | | |
| 10/9 | | Purchase authorized on 10/05 Shell Service Station Wildwood FL P00468279183580388 Card 1004 | | 12.00 | |
| 10/9 | | Purchase authorized on 10/06 Flash Food 183 Perry GA P00588279343873907 Card 1004 | | 22.00 | |
| 10/9 | | Purchase authorized on 10/08 Pilot #0192 Tifton GA P00388281849057274 Card 1004 | | 24.00 | |
| 10/9 | | Purchase authorized on 10/08 Pilot #0192 Tifton GA P00000000582015420 Card 1004 | | 14.01 | |
| 10/9 | | Purchase authorized on 10/08 Pilot #0192 Tifton GA P00000000979525866 Card 1004 | | 14.02 | |
| 10/9 | 1155 | Check | | 59.78 | |
| 10/9 | 1152 | Check | | 150.00 | |
| 10/9 | 1153 | Check | | 140.00 | 9,846.15 |
| 10/10 | | Rentpro Florida Sigonfile 101018 9Qgx6 Bart Caso | 575.00 | | |
| 10/10 | | Edeposit IN Branch/Store 10/10/18 01:35:13 Pm 13840 Wellington Trace Wellington FL 2844 | 850.00 | | |
| 10/10 | | Edeposit IN Branch/Store 10/10/18 01:35:56 Pm 13840 Wellington Trace Wellington FL 2844 | 675.00 | | |
| 10/10 | | Edeposit IN Branch/Store 10/10/18 01:36:45 Pm 13840 Wellington Trace Wellington FL 2844 | 550.00 | | |
| 10/10 | | Purchase authorized on 10/08 The Home Depot #68 Okeechobee FL S588281535661648 Card 1004 | | 44.87 | |
| 10/10 | | Purchase authorized on 10/08 7-Eleven 34286 Oakland FL S588282184847914 Card 1004 | | 20.00 | |
| 10/10 | | Purchase authorized on 10/10 Lowe's #654 Royal Plm Bch FL P00308283594412466 Card 1004 | | 156.01 | 12,275.27 |
| 10/11 | | Okeechobee Utili Cycle 2 017314 000 Caso, Bart | | 22.33 | |
| 10/11 | | Whisper Lake Con Web Pmts 101118 479Bh Bart Caso | | 233.97 | |

Account number: ████2844  ■ October 1, 2018 - October 31, 2018  ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/11 | | Whisper Lake Con Web Pmts 101118 Kdcbh Bart Caso | | 233.97 | |
| 10/11 | 1154 | Check | | 150.00 | 11,635.00 |
| 10/12 | | Edeposit IN Branch/Store 10/12/18 03:02:02 Pm 13840 Wellington Trace Wellington FL 1004 | 1,400.00 | | |
| 10/12 | | Mobile Deposit : Ref Number :912120065587 | 150.00 | | |
| 10/12 | | Purchase authorized on 10/12 Q Salsas Royal Palm Be FL P00468285654907200 Card 1004 | | 27.06 | |
| 10/12 | | Purchase authorized on 10/12 Costco Gas #623 Royal Palm Be FL P00388285845922344 Card 1004 | | 47.25 | |
| 10/12 | | State Farm Ro 27 Sfpp 19 S 0008033619 Bart F Caso | | 105.13 | |
| 10/12 | | Fpl Direct Debit Elec Pymt 10/18 4232441180 Webi Bartholomew F Caso Dip | | 117.26 | |
| 10/12 | | Fpl Direct Debit Elec Pymt 10/18 0560076564 Webi Bartholomew F Caso Dip | | 208.62 | 12,679.68 |
| 10/15 | | Tri County Realt ACH 181012 407-729-6536 Bartholomew Caso | 765.00 | | |
| 10/15 | | Purchase authorized on 10/11 The Home Depot #68 Okeechobee FL S588284761176065 Card 1004 | | 156.70 | |
| 10/15 | | Purchase authorized on 10/12 Psv* The Altucher 844-3953055 MD S588285489789642 Card 1004 | | 79.00 | |
| 10/15 | | Purchase authorized on 10/12 El Rinconcito Colo Royal Palm Be FL S468286032287253 Card 1004 | | 43.26 | |
| 10/15 | | Purchase authorized on 10/13 Lowe's #654 Royal Plm Bch FL P00468286666951724 Card 1004 | | 11.30 | |
| 10/15 | | Purchase authorized on 10/13 Aldi 77003 Royal Palm B FL P00308286732152778 Card 1004 | | 26.62 | |
| 10/15 | | Purchase authorized on 10/13 7-Eleven 37699 Loxahatchee FL S468287034524325 Card 1004 | | 31.00 | |
| 10/15 | | Purchase authorized on 10/14 Autozone 4828 10641 Sout Royal Palm Be FL P00468287549684646 Card 1004 | | 126.96 | |
| 10/15 | | Purchase authorized on 10/14 Frigidaireapplianc 866-3975970 FL S468287819113595 Card 1004 | | 40.73 | |
| 10/15 | | Gpc Gpc EFT 5872552018Grn Bartholomew Caso | | 27.33 | 12,901.78 |
| 10/16 | | Purchase authorized on 10/14 Appliancepartspros 877-477-7278 CA S388287814484374 Card 1004 | | 97.67 | |
| 10/16 | | Purchase authorized on 10/15 AAA MS Installment 800-222-1134 FL S308288756992937 Card 1004 | | 17.91 | 12,786.20 |
| 10/17 | | < Business to Business ACH Debit - Ipfs816-327-7772 Ipfspmtfls 14342 Bart Caso | | 540.20 | 12,246.00 |
| 10/18 | 1172 | Check | | 420.00 | |
| 10/18 | 1168 | Check | | 100.00 | 11,726.00 |
| 10/19 | | Mobile Deposit : Ref Number :114190691913 | 150.00 | | |
| 10/19 | | Purchase authorized on 10/17 Delicias DE LA Abu 561-396-5777 FL S308290657313976 Card 1004 | | 41.67 | |
| 10/19 | | Purchase authorized on 10/17 7-Eleven 37699 Loxahatchee FL S308291036669760 Card 1004 | | 21.00 | |
| 10/19 | | Purchase authorized on 10/19 Advance Auto PA Royal West PA FL P00000000876938421 Card 1004 | | 23.51 | |
| 10/19 | | Purchase authorized on 10/19 Costco Gas #623 Royal Palm Be FL P00468292760216918 Card 1004 | | 50.00 | |
| 10/19 | 1169 | Check | | 575.00 | 11,164.82 |
| 10/22 | | Purchase authorized on 10/19 A1 Radiator LLC W Palm Bch FL S388292740336608 Card 1004 | | 310.30 | |
| 10/22 | | Purchase authorized on 10/19 Costco Gas #0623 Royal Palm Be FL S388292760527042 Card 1004 | | 19.00 | |
| 10/22 | | Purchase authorized on 10/20 7-Eleven Loxahatchee G FL P00000000130577707 Card 1004 | | 14.00 | |
| 10/22 | | Purchase authorized on 10/20 Pilot #1128 Bartow FL P00058293633861614 Card 1004 | | 13.00 | |
| 10/22 | | Purchase authorized on 10/20 WM Superc Wal-Mart Sup Tampa FL P00000000286766159 Card 1004 | | 153.85 | |
| 10/22 | | Purchase authorized on 10/20 Dollar Tr 3603 W Water Tampa FL P00000000675697961 Card 1004 | | 51.22 | |

Account number: ●●●●●2844  ■  October 1, 2018 - October 31, 2018  ■  Page 4 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/22 | | Purchase authorized on 10/20 WM Superc Wal-Mart Sup Tampa FL P0000000576550701 Card 1004 | | 61.54 | |
| 10/22 | | Purchase authorized on 10/20 Fastkey Vending Ki Tempe AZ S308294114585157 Card 1004 | | 6.00 | |
| 10/22 | | Purchase authorized on 10/20 Wawa 5196 Tampa FL P0046829418991843 Card 1004 | | 8.00 | |
| 10/22 | | Recurring Payment authorized on 10/21 Bls*Lawdepot.Com 877-509-4398 DE S468295027699197 Card 1004 | | 33.00 | |
| 10/22 | ^ 1171 | Specialized Loan Checkpaymt 181022 1171 | | 419.77 | |
| 10/22 | ^ 1170 | Specialized Loan Checkpaymt 181022 1170 | | 458.23 | 9,616.91 |
| 10/23 | | Fpl Direct Debit Elec Pymt 10/18 6775754432 Webi Bartholomew Caso | | 90.14 | |
| 10/23 | ^ 1156 | Home Depot 0256 Purchase 181020 1156 Tamp, FL | | 486.85 | 9,039.92 |
| 10/24 | | Purchase authorized on 10/24 7-Eleven Loxahatchee G FL P0000000485119139 Card 1004 | | 28.00 | |
| 10/24 | ^ 1165 | Specialized Loan Checkpaymt 181024 1165 | | 853.40 | |
| 10/24 | ^ 1163 | Specialized Loan Checkpaymt 181024 1163 | | 853.40 | |
| 10/24 | ^ 1164 | Specialized Loan Checkpaymt 181024 1164 | | 853.40 | 6,451.72 |
| 10/25 | | Purchase authorized on 10/24 Redbox *Dvd Rental Oakbrook Ter IL S588298025162088 Card 1004 | | 18.17 | |
| 10/25 | | Purchase authorized on 10/25 Costco Gas #623 Royal Palm Be FL P00388298539867056 Card 1004 | | 35.00 | |
| 10/25 | | Purchase authorized on 10/25 Lowe's #654 Royal Plm Bch FL P003082985570412114 Card 1004 | | 206.07 | 6,192.48 |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 05:59:45 Pm 13840 Wellington Trace Wellington FL 2844 | 600.00 | | |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 06:00:16 Pm 13840 Wellington Trace Wellington FL 2844 | 600.00 | | |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 06:00:55 Pm 13840 Wellington Trace Wellington FL 2844 | 300.00 | | |
| 10/26 | | Mobile Deposit : Ref Number :415260218513 | 150.00 | | |
| 10/26 | 1157 | Check | | 300.00 | 7,542.48 |
| 10/29 | | Purchase authorized on 10/25 Driver Support 877-615-2403 TX S468298414326993 Card 1004 | | 9.99 | |
| 10/29 | | Purchase authorized on 10/25 El Bodegon West Palm Bea FL S388298647449516 Card 1004 | | 41.36 | |
| 10/29 | | Purchase authorized on 10/26 City-of-Daytona-Be 386-671-8060 FL S588297047876901 Card 1004 | | 227.95 | |
| 10/29 | | Purchase authorized on 10/26 Murphy5741Atwalmar Okeechobee FL S468300068860284 Card 1004 | | 12.00 | |
| 10/29 | | Purchase authorized on 10/27 Dollar Tr 1370 N Broad Bartow FL P0000000682581605 Card 1004 | | 100.04 | |
| 10/29 | | Purchase authorized on 10/27 Lowe's #564 Tampa FL P0046830069968104 Card 1004 | | 151.12 | |
| 10/29 | | Purchase authorized on 10/27 Fastkey Vending Ki Tempe AZ S308301088667828 Card 1004 | | 8.00 | |
| 10/29 | | Purchase authorized on 10/28 7-Eleven Tampa FL P0000000085930655 Card 1004 | | 14.00 | |
| 10/29 | | Okeechobee Utili Cycle 3 019081 000 Caso Et AL, Bart F | | 40.77 | |
| 10/29 | | Okeechobee Utili Cycle 3 044737 000 Caso Jr, Bart F | | 42.73 | 6,894.52 |
| 10/30 | | Mobile Deposit : Ref Number :217300067286 | 1,050.00 | | |
| 10/30 | | Purchase authorized on 10/29 7-Eleven Loxahatchee G FL P0000000887522213 Card 1004 | | 36.00 | |

Account number:  ⬛⬛⬛2844  ■  October 1, 2018 - October 31, 2018  ■  Page 5 of 6



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|-------------|
| 10/30 | | Comcast Cable Svc 181029 0409250 Bartholomew *Caso | | 191.03 | 7,717.49 |
| 10/31 | | Edeposit IN Branch/Store 10/31/18 04:59:54 Pm 11900 Forest Hill Blvd Wellington FL 2844 | 300.00 | | 8,017.49 |
| **Ending balance on 10/31** | | | | | **8,017.49** |
| **Totals** | | | **$10,165.00** | **$13,534.64** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^  **Converted check:** Check converted to an electronic format by your payee or designated representative.  Checks converted to electronic format cannot be returned, copied or imaged.

<  **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1138 | 10/5 | 624.83 | 1156 | 10/23 | 486.85 | 1168 * | 10/18 | 100.00 |
| 1152 * | 10/9 | 150.00 | 1157 | 10/26 | 300.00 | 1169 | 10/19 | 575.00 |
| 1153 | 10/9 | 140.00 | 1163 * | 10/24 | 853.40 | 1170 | 10/22 | 458.23 |
| 1154 | 10/11 | 150.00 | 1164 | 10/24 | 853.40 | 1171 | 10/22 | 419.77 |
| 1155 | 10/9 | 59.78 | 1165 | 10/24 | 853.40 | 1172 | 10/18 | 420.00 |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2018 - 10/31/2018 | | Standard monthly service fee $9.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $1,500.00 | $6,192.48 ☑ |
| · Total amount of qualifying direct deposits | | $500.00 | $1,340.00 ☑ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements ($2.00 discount)                    ☑

VC/VC

Account number:        **2844**  ■  October 1, 2018 - October 31, 2018  ■  Page 6 of 6



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.                $ 8,017.49

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $        0 |

+ $        0

= $ 8,017.49

**C** Add **A** and **B** to calculate the subtotal.

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| 253 Riverside | 1,588.05 |
| 367 Riverside | 255.00 |
| 373 Riverside | 255.00 |
| 399 Riverside | 255.91 |
| 409 Riverside | 255.91 |
| 415 Riverside | 255.91 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ 2,865.78 |

- $ 2,865.78

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ 5,151.71

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo® Preferred Checking

Account number: ████6576 ■ October 1, 2018 - October 31, 2018 ■ Page 1 of 3



BARTHOLOMEW F CASO
DEBTOR IN POSSESSION
CH 11 CASE #13-12673 (SFL)
511 CYPRESS XING
WELLINGTON FL 33414-6369

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

**TTY:** 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $3,181.21 |
| Deposits/Additions | 0.03 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 10/31** | **$3,181.24** |

Account number: ████6576

**BARTHOLOMEW F CASO
DEBTOR IN POSSESSION
CH 11 CASE #13-12673 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: 6576    ■ October 1, 2018 - October 31, 2018    ■ Page 2 of 3



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $3,181.21 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.29 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Interest Payment | 0.03 | | 3,181.24 |
| | | | | | 3,181.24 |
| **Ending balance on 10/31** | | | | | |
| **Totals** | | | **$0.03** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2018 - 10/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $14,157.83 ☑ |
| - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

Account number: ■■■■6576  ■ October 1, 2018 - October 31, 2018  ■ Page 3 of 3



**Worksheet to balance your account**

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A  Enter the ending balance on this statement.  $ 3,181.24

B  List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $ | 0 |

+ $  0

C  Add A and B to calculate the subtotal.

= $ 3,181.24

D  List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $ | 0 |

- $  0

E  Subtract D from C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ 3,181.24

**General statement policies for Wells Fargo Bank**

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.