

BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-5747

1163

OCT 1 8 2018

Date 10-12-18

Pay To The Order of SPECIALIZED LOAN SERVICING    $ 853.40

Eight hundred Fifty-Three + 40/100 Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

1015780206

For OCT '17 Pmt. Principal Okeechobee    Bartholomew F Caso

⑆063107513⑆ 6613692844⑆ 1163

38 706150 0040 042

| R/T Number | 06310751 | Processing Date | 20181024 |
| Sequence Number | 000019346239 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001163 |

*MN227014849711.1B*

036



| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 000019346242 | |
| Account Number | 6613692844 | |

| | |
|---|---|
| Processing Date | 20181024 |
| Amount | 853.40 |
| Serial Number | 000000000001164 |

037



BARTHOLOMEW F CASO
D.I.P.
531 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-5747

1165

Date 10-12-18

Pay To The Order of SPECIALIZED LOAN SERVICING    $ 853.40/100

Eight Hundred Forty-Three & 40/100    Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM
1670 S.E. 28th
Terrace
okeechobee fl

For Dec. 17 Pmt. okeechobee    Bartholomew J. Caso

1015780206

⑆063107513⑆ 6613692844⑈ 1165

38 706150 0044 042

| | | | |
|---|---|---|---|
| R/T Number | 06310751 | Processing Date | 20181024 |
| Sequence Number | 000019346236 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001165 |

038

Account number:  6613692844  ▪  October 1, 2018 - October 31, 2018  ▪  Page 4 of 6

*SLS x 3   to 12/4/2018 Cleared* (handwritten)

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-----|-------------|------|------|------|
| 10/22 | | Purchase authorized on 10/20 WM Superc Wal-Mart Sup Tampa FL P00000000576650701 Card 1004 | | 61.54 | |
| 10/22 | | Purchase authorized on 10/20 Fastkey Vending KI Tempe AZ S308294114585157 Card 1004 | | 6.00 | |
| 10/22 | | Purchase authorized on 10/20 Wawa 5196 Tampa FL P00468294189918843 Card 1004 | | 8.00 | |
| 10/22 | | Recurring Payment authorized on 10/21 Bls*Lawdepot.Com 877-509-4398 DE S468295027699197 Card 1004 | | 33.00 | |
| 10/22 | ^1171 | Specialized Loan Checkpaymt 181022 1171 | | 419.77 | |
| 10/22 | ^1170 | Specialized Loan Checkpaymt 181022 1170 | | 458.23 | 9,616.91 |
| 10/23 | | Fpl Direct Debit Elec Pymt 10/18 6775754432 Webl Bartholomew Caso | | 90.14 | |
| 10/23 | ^1156 | Home Depot 0256 Purchase 181020 1156 Tamp, FL | | 486.85 | 9,039.92 |
| 10/24 | | Purchase authorized on 10/24 7-Eleven Loxahatchee G FL P00000000485119139 Card 1004 | | 28.00 | |
| 10/24 | ^1165 | Specialized Loan Checkpaymt 181024 1165 | | 853.40 | |
| 10/24 | ^1163 | Specialized Loan Checkpaymt 181024 1163 | | 853.40 | |
| 10/24 | ^1164 | Specialized Loan Checkpaymt 181024 1164 | | 853.40 | 6,451.72 |
| 10/25 | | Purchase authorized on 10/24 Redbox *Dvd Rental Oakbrook Ter IL S588298026162088 Card 1004 | | 18.17 | |
| 10/25 | | Purchase authorized on 10/25 Costco Gas #623 Royal Palm Be FL P00388298539867056 Card 1004 | | 35.00 | |
| 10/25 | | Purchase authorized on 10/25 Lowe's #654 Royal Plm Bch FL P00308298557041214 Card 1004 | | 206.07 | 6,192.48 |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 05:59:45 Pm 13840 Wellington Trace Wellington FL 2844 | 600.00 | | |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 06:00:16 Pm 13840 Wellington Trace Wellington FL 2844 | 600.00 | | |
| 10/26 | | Edeposit IN Branch/Store 10/26/18 06:00:55 Pm 13840 Wellington Trace Wellington FL 2844 | 300.00 | | |
| 10/26 | | Mobile Deposit : Ref Number :415260218513 | 150.00 | | |
| 10/26 | 1157 | Check | | 300.00 | 7,542.48 |
| 10/29 | | Purchase authorized on 10/25 Driver Support 877-615-2403 TX S468298414326993 Card 1004 | | 9.99 | |
| 10/29 | | Purchase authorized on 10/25 El Bodegon West Palm Bea FL S388298647449516 Card 1004 | | 41.36 | |
| 10/29 | | Purchase authorized on 10/26 City-of-Daytona-Be 386-671-8060 FL S588299704876001 Card 1004 | | 227.95 | |
| 10/29 | | Purchase authorized on 10/26 Murphy5741Atwalmar Okeechobee FL S468300068860284 Card 1004 | | 12.00 | |
| 10/29 | | Purchase authorized on 10/27 Dollar Tr 1370 N Broad Bartow FL P0000000082581605 Card 1004 | | 100.04 | |
| 10/29 | | Purchase authorized on 10/27 Lowe's #564 Tampa FL P00468300699968104 Card 1004 | | 151.12 | |
| 10/29 | | Purchase authorized on 10/27 Fastkey Vending KI Tempe AZ S308301088667828 Card 1004 | | 8.00 | |
| 10/29 | | Purchase authorized on 10/28 7-Eleven Tampa FL P00000000085930655 Card 1004 | | 14.00 | |
| 10/29 | | Okeechobee Utill Cycle 3 019081 000 Caso Et AL, Bart F | | 40.77 | |
| 10/29 | | Okeechobee Utill Cycle 3 044737 000 Caso Jr, Bart F | | 42.73 | 6,894.52 |
| 10/30 | | Mobile Deposit : Ref Number :217300067286 | 1,050.00 | | |
| 10/30 | | Purchase authorized on 10/29 7-Eleven Loxahatchee G FL P00000000887522213 Card 1004 | | 36.00 | |

*SLS x3* (handwritten, left margin)



| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 000019689221 | |
| Account Number | 6613692844 | |

| | |
|---|---|
| Processing Date | 20181127 |
| Amount | 853.40 |
| Serial Number | 000000000000976 |

CH347014207839.1B

040

Account number:    **6613692836**    ■    December 1, 2018 - December 31, 2018    ■    Page 3 of 6

*[handwritten: SLS 12-18 #853.40 ✓✗]*    *[handwritten: No check image #1375]*

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/17 | | Check | | 2,000.00 | 1,197.54 |
| 12/18 | | Purchase authorized on 12/17 Panera Bread #2047 Wellington FL S468351574120330 Card 5259 | | 7.47 | 1,190.07 |
| 12/19 | | SSA Treas 310 Xxsoc Sec 121818 xxxxx5677A SSA Bartholome F Caso Jr | 1,096.00 | | |
| 12/19 | | Purchase authorized on 12/18 Mellow Mushroom Pl Wellington FL S308353098655515 Card 5259 | | 42.07 | 2,244.00 |
| 12/20 | | Purchase Return authorized on 12/19 Wawa 5221 0005 Port St. Luci FL S618354547351195 Card 5259 | 4.24 | | |
| 12/20 | | Purchase authorized on 12/18 McDonald's F17525 Wellington FL S388352673250464 Card 5259 | | 4.92 | |
| 12/20 | | Purchase authorized on 12/19 Wawa 5221 Port St Lucie FL P0058354091228169 Card 5259 | | 3.78 | 2,239.54 |
| 12/24 | | Purchase authorized on 12/21 McDonald's F17525 Wellington FL S588355481901057 Card 5259 | | 3.85 | |
| 12/24 | | Purchase authorized on 12/21 Wendys 8294 Loxahatchee FL S308355731887441 Card 5259 | | 5.35 | |
| 12/24 | | Purchase authorized on 12/21 Fired Up Pizza Lox Loxahatchee FL S308356072896901 Card 5259 | | 10.16 | |
| 12/24 | | Purchase authorized on 12/22 Tropical Smoothie Loxahatchee G FL S588356573759646 Card 5259 | | 7.80 | |
| 12/24 | | Purchase authorized on 12/23 Vit*Vitamin Shoppe 800-223-1216 NJ S628358545827489 Card 5259 | | 40.30 | |
| 12/24 | | Purchase authorized on 12/23 Big Lots #5336 511 N Stat Royal Palm Be FL P00308357687638338 Card 5259 | | 138.00 | |
| 12/24 | | Purchase authorized on 12/23 Golden Corral 0619 Okeechobee FL S468358031591484 Card 5259 | | 27.80 | |
| 12/24 | | Purchase authorized on 12/24 Bjs Wholesale #0 500 Stat Royal Palm Be FL P00308358686163114 Card 5259 | | 61.23 | 1,945.06 |
| 12/26 | | Recurring Payment authorized on 12/23 Dunkin' Auto 800-447-0013 MA S468357626967149 Card 5259 | | 20.00 | |
| 12/26 | | Purchase authorized on 12/24 Olive Garden 00211 Lake Worth FL S468358810222000 Card 5259 | | 30.77 | |
| 12/26 | | Village of Welli UT Bill 181220 000369510191360 Caso, Bart F | | 101.18 | |
| 12/26 | | State Farm Ro 27 Sfpp 19 S 0893895519 Bart Caso | | 423.56 | 1,369.54 |
| 12/27 | | East Coast Mortg Bart Caso Bartholomew F Caso | 7,081.00 | | |
| 12/27 | | Purchase authorized on 12/24 Financial Educatio 248-8489065 MI S388356643916319 Card 5259 | | 89.00 | |
| 12/27 | | Online Transfer to Caso B Checking xxxxxx2844 Ref #Ib05L64Z75 on 12/27/18 | | 1,000.00 | |
| 12/27 | | Purchase authorized on 12/27 Bjs Wholesale #0 500 Stat Royal Palm Be FL P00308361696076710 Card 5259 | | 324.11 | |
| 12/27 | 1497 | Check | | 2,600.00 | 4,537.43 |
| 12/28 | | East Coast Mortg Bart Caso Bartholomew F Caso | 2,470.00 | | |
| 12/28 | | Purchase authorized on 12/27 McDonald's F17525 Wellington FL S388361583752826 Card 5259 | | 3.85 | |
| 12/28 | | Purchase authorized on 12/27 Psv*Natural Health 800-8960796 MD S308361620580898 Card 5259 | | 67.00 | |
| 12/28 | | Purchase authorized on 12/28 Bjs Wholesale #0 500 Stat Royal Palm Be FL P00583863028894245 Card 5259 | | 85.50 | |
| 12/28 | ^ 1377 | Specialized Loan Checkpaymt 181228 1377 | | 419.77 | |
| 12/28 | ^ 1378 | Specialized Loan Checkpaymt 181228 1378 | | 458.23 | |
| 12/28 | ^ 1376 | Specialized Loan Checkpaymt 181228 1375 | | 853.40 | 5,119.68 |
| 12/31 | | Online Transfer From Caso B Ref #Ib05Ljmmtj Checking Refund Personal Acct for Sls Mortgage Pmts | 1,731.40 | | |
| 12/31 | | Purchase authorized on 12/29 Bonefish MAC'S Spo Wellington FL S388363665849812 Card 5259 | | 18.88 | |
| 12/31 | | Purchase authorized on 12/29 Pollo Tropical 100 Royal Palm Be FL S388364064569413 Card 5259 | | 15.95 | |
| 12/31 | | Recurring Payment authorized on 12/30 Apl*Itunes.Com/Bll 800-275-2273 CA S388364600154105 Card 5259 | | 2.99 | |

Sheet Seq = 0144819

BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-9747

SLS Rec'd

JAN 2 9 2019

1195

Date  1-20-19

Pay To The
Order of  SPECIALIZED LOAN SERVICING  $ 853. 40/100

EIGHT HUNDRED FIFTY-THREE & 40/100 Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

10157802060854

For  1070 SE 38th Terr. Okee Ft.  Bartholomew 2. Caso

⑈063107513⑈ 6613692844⑈ 1195

2-19

| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 000019703428 | |
| Account Number | 6613692844 | |

| | |
|---|---|
| Processing Date | 20190129 |
| Amount | 853.40 |
| Serial Number | 000000000001195 |

4/13/23        7:21:15 PM        Page 2 of 25                    MN147014432174.1B

042





| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008820554129 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20190304 |
| Amount | 853.40 |
| Serial Number | 000000000001313 |

043



3/69

| | |
|---|---|
| BARTHOLOMEW F CASO | 1231 |
| D.I.P. | |
| 521 CYPRESS CROSSING | |
| WELLINGTON, FL 33414 | Date 3-15-19 |
| 561-676-5747 | |

SKS Rec'd
MAR 2 6 2019
Teller 1

Pay To The Order of SPECIALIZED LOAN SERVICING | $ 853.40

EIGHT HUNDRED FITTY THREE + 40/100 ———— Dollars

WELLS FARGO BANK, N.A. ~~1615780206~~ 1461780206
WELLSFARGO.COM

For 1070 S.E. 3rd Ter. Okeechobee    Bartholomew F. Caso

⑆063107513⑆ 6613692844⑈ 1231

Pay to the order of Capital Bank
For Deposit Only
Specialized Loan Servicing LLC

| R/T Number | 06310751 | Processing Date | 20190329 |
|---|---|---|---|
| Sequence Number | 008823683149 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001231 |

044

BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-3747

RECEIVED
MAY 20 2019

1275

Date 5-15-19

Pay To The
Order of    BSI  FINANCIAL  SERVICES INC.    $ 853.40

EIGHT  HUNDRED  FIFTY-THREE & 40/100 ———  Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM  LOAN# 1015780206

For  Replacement Ck Sent to SLS    Bartholomew F. Caso

⑆063107513⑆ 6613692844⑈ 1275

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 008524481132 | |
| Account Number | 6613692844 | |

| | | |
|---|---|---|
| Processing Date | 20190521 | |
| Amount | 853.40 | |
| Serial Number | 000000000001275 | |

4/13/23        7:22:49 PM        Page 31 of 34                    MN147014432478.1B

045



BARTHOLOMEW F CASO
D.I.P.
811 CYPRESS CROSSING
WELLINGTON, FL 33414
561-876-9747

1276

RECEIVED
MAY 20 2019
BY:

Date 5-15-19

Pay To The
Order of    BSI   FINANCIAL SERVICES INC $ 853.40/100

Eight Hundred Fifty-Three + 40/100 ——— Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM    146 1780206

For  Loan # 101578 0206    Bartholomew J. Caso

⑆063107513⑆ 6613692844⑆ 1276

6.19

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
211020455

| R/T Number | 06310751 | | Processing Date | 20190521 |
| Sequence Number | 008524481131 | | Amount | 853.40 |
| Account Number | 6613692844 | | Serial Number | 000000000001276 |

046



BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-5747

1281

JUN 2 1 2019    Date 6-14-19

Pay To The Order of  BSI FINANCIAL SERVICES, INC.    $ 853.40/xx

EIGHT HUNDRED FIFTY-THREE & 40/100 —— Dollars

LOAN # xxxxx 0206

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

For 1070 SE 38th Terr, Okeechobee FL,    Bartholomew F Caso

⑈063107513⑈ 6613692844⑈ 1281

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
211102045S

| R/T Number | 06310751 | Processing Date | 20190621 |
|---|---|---|---|
| Sequence Number | 008527891298 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001281 |

4/24/23    9:10:28 AM    Page 6 of 6    MN157015413826.1B

047



**BARTHOLOMEW F CASO**
D.I.P.
831 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-5747

CLEARED 6/24/19
1347
date should have been 6-20-19
Ck. written right after 1346 on 6-20-19 typo

RECEIVED 6-20-19

Pay To The Order of   BSI Financial Services, Inc.   $ 616.73/100

Six Hundred Sixteen & 73/100 ———— Dollars

BY:

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

For Pmt 386.67 Escrow (150-Atty)    Bartholomew F. Caso

⑈063107513⑈ 6613692844⑈ 1347

---

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
21110420455

| R/T Number | 06310751 | Processing Date | 20190624 |
|---|---|---|---|
| Sequence Number | 008328330266 | Amount | 616.73 |
| Account Number | 6613692844 | Serial Number | 000000000001347 |

4/24/23    9:10:28 AM    Page 1 of 6    MN157015413826.1B

048



| R/T Number | 06310751 | Processing Date | 20190624 |
| Sequence Number | 008328330267 | Amount | 7680.60 |
| Account Number | 6613692844 | Serial Number | 000000000001346 |

4/24/23          9:10:28 AM          Page 2 of 6                    MN157015413826.1B

049

BARTHOLOMEW F CASO
D.I.P.
311 CYPRESS CROSSING
WELLINGTON, FL 33414
561-626-8747

1182

26 2019    Date  7-18-19

Pay To The
Order of    BSI  FINANCIAL SERVICES    |  $ 853. 40/100

Eleven  Hundred  Fifty three + 40/100 —— Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

For Taylor 146 17 802204    Bartholomew F. Caso

⑆06310751⑆ 6613692844⑈ 1182

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
211102045S

| R/T Number | 06310751 | Processing Date | 20190730 |
| Sequence Number | 008724638371 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001182 |

CH117014208639.1B

050



| | | | |
|---|---|---|---|
| R/T Number | 06310751 | Processing Date | 20200407 |
| Sequence Number | 008224130034 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001710 |

CH117014211019.1B

051



BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WITTINGTON, FL 33414
561 676-1747

1711

Date 2-23-20

Pay to the
Order of  BSI FINANCIAL SERVICES | $ 853.40/100

EIGHT HUUDRED FIFTY THREE & 40/100 Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

Memo #1461780206

Bartholomew F. Caso

⑈06310751⑈ 6613692844⑈ 1711

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008224130033 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20200407 |
| Amount | 853.40 |
| Serial Number | 000000000001711 |

4/12/23          10:36:04 AM          Page 13 of 30                          CH117014211019.1B

052



BARTHOLOMEW F CASO
D.I.P.
911 CYPRESS CROSSING
WELLINGTON, FL 33414
861 676-4747                                          1712

Date  2-23-20

Pay to the Order of _BSI  FINANCIAL SERVICES_  $ 853.40

_EIGHT  HUNDRED  FIFTY-THREE + 40/100_ Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

Memo #146780206    Bartholomew J. Caso

⑆063107513⑆ 6613692844⑈ 1712

FOR DEPOSIT ONLY PLEASE

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008224130035 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20200407 |
| Amount | 853.40 |
| Serial Number | 000000000001712 |





| | | | |
|---|---|---|---|
| R/T Number | 06310751 | Processing Date | 20200624 |
| Sequence Number | 008523863803 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000000000 |

054



BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-676-5747

1641

Date 7-19-20

Pay to the
Order of    BSI Financial Service    $ 853.40

Eight Hundred Fifty-Three & 40/100    Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM
July 2020
Memo #1461780206    Bartholomew F. Caso

⑈063107513⑈ 6613692844⑈ 1641

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008821019266 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20200729 |
| Amount | 853.40 |
| Serial Number | 000000000001641 |

4/12/23    10:37:12 AM    Page 15 of 16

CH117014210943.1B

055



**BARTHOLOMEW F CASO**
**D.I.P.**
411 CYPRESS CROSSING
WELLINGTON, FL 33414
561 676-4747

1664

AUG 2 5 2020    Date **8-15-20**

Pay to the
Order of    **B S F Financial Services** $ **853. 40/100**

**Eight Hundred Fifty Three & 40/100**    Dollars

**WELLS FARGO BANK, N.A.**
WELLSFARGO.COM

Aug 15 2020

Memo **#146178c206**    Bartholomew D. Caso

⑆063107513⑆ 6613692844⑈ 1664

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 008721890208 | |
| Account Number | 6613692844 | |

| | |
|---|---|
| Processing Date | 20200825 |
| Amount | 853.40 |
| Serial Number | 000000000001664 |

4/12/23    10:37:40 AM    Page 16 of 19    CH117014211264.1B

056



BARTHOLOMEW F CASO
D.I.P.
511 CYPRESS CROSSING
WELLINGTON, FL 33414
561-670-4747

1680

Date  8-20-20

Pay to the
Order of __BSI  Financial Services__  | $ 853.40/xx

Eight  Hundred  Fifty -Three &40/xx  Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

Memo Loan # 146 (780 206          Bartholomew F. Caso

⑈063107513⑈ 6613692844⑈ 1680

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008724507255 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20200925 |
| Amount | 853.40 |
| Serial Number | 000000000001680 |



R/T Number          06310751
Sequence Number     008525390271
Account Number      6613692844

Processing Date     20201102
Amount              853.40
Serial Number       000000000001751

CH117014210982.1B

058



Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | | |
|---|---|---|
| R/T Number | 06310751 | |
| Sequence Number | 008422050431 | |
| Account Number | 6613692844 | |

| | |
|---|---|
| Processing Date | 20201207 |
| Amount | 853.40 |
| Serial Number | 000000000001773 |

4/12/23        12:39:14 PM        Page 9 of 16                                      MN357014211340.1B

059



BARTHOLOMEW F. PASO
D.I.P.
511 CYPRESS CROSSING
WILLINGTON, FL  31414
561 676-9747

RECEIVED
JAN 0 4 2021

1822

Date  12-15-2020

Pay to the
Order of  BSI Financial                    | $ 853.40/100

Eight Hundred Fifty-Three & 40/100 Dollars

WELLS FARGO BANK, N.A.
WELLSFARGO.COM

Loan # 1461780206
Memo

Bartholomew J. Caso

⑈063107513⑈ 6613692844⑈ 1822

Pay to the order of
Texas Capital Bank
For Deposit Only
BSI Financial
2111020455

| | |
|---|---|
| R/T Number | 06310751 |
| Sequence Number | 008722977943 |
| Account Number | 6613692844 |

| | |
|---|---|
| Processing Date | 20210104 |
| Amount | 853.40 |
| Serial Number | 000000000001822 |

060



| R/T Number | 06310751 | Processing Date | 20210129 |
| Sequence Number | 008220294208 | Amount | 853.40 |
| Account Number | 6613692844 | Serial Number | 000000000001587 |

061



R/T Number           06310751
Sequence Number      008720405026
Account Number       6613692844

Processing Date      20210330
Amount               853.40
Serial Number        000000000001899

# Check Details

Item 356 of 369       Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1848 |
| Date Posted | 05/04/21 |
| Check Amount | $853.40 |





‹ Previous          🔍 Zoom   Next ›

\* For your security, information like account numbers, signatures, and
the ability to view the backs of checks have been removed from the
images.
You can see full or partial fronts and backs of the images by using the
link at the top of the window.

🏠 Equal Housing Lender

10/29/21

BSI     DESTROYED CHECK
        # 9853.40

        FOR OCT. 21 PAYMENT

TRANSFERRED FUNDS TO
        ESCROW 10/29/21

# Check Details

Item 220 of 369      Show full image*          🖶 Print

| | |
|---|---|
| Check Number | 2047 |
| Date Posted | 12/15/21 |
| Check Amount | $853.40 |



‹ Previous      🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 209 of 369    Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 2087 |
| Date Posted | 01/05/22 |
| Check Amount | $853.40 |



‹ Previous      Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 191 of 369    Show full image*    🖨 Print

| | |
|---|---|
| Check Number | 2102 |
| Date Posted | 02/04/22 |
| Check Amount | $853.40 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

067

## Check Details

Item 174 of 369        Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 2149 |
| Date Posted | 03/09/22 |
| Check Amount | $853.40 |



‹ Previous      Flip      🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☏ Equal Housing Lender

# Check Details

Item 75 of 369    Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 2057 |
| Date Posted | 09/27/22 |
| Check Amount | $853.40 |



‹ Previous        🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 63 of 369    Show full image*                    🖨 Print

|                  |           |
|------------------|-----------|
| Check Number     | 2061      |
| Date Posted      | 10/25/22  |
| Check Amount     | $853.40   |



‹ Previous    Flip    🔎 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 55 of 369     Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 2079 |
| Date Posted | 11/25/22 |
| Check Amount | $853.40 |



‹ Previous        🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 35 of 369    Show full image*                          🖨 Print

Check Number                                    2075

Date Posted                                     01/04/23

Check Amount                                    $853.40



‹ Previous      Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and
the ability to view the backs of checks have been removed from the
images.
You can see full or partial fronts and backs of the images by using the
link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 29 of 32    Show full image*    🖨 Print

| | |
|---|---|
| Check Number | 2099 |
| Date Posted | 01/27/23 |
| Check Amount | $853.40 |



‹ Previous    Flip   🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 14 of 32    Show full image*    🖨 Print

|  |  |
|---|---|
| Check Number | 2383 |
| Date Posted | 02/28/23 |
| Check Amount | $853.40 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 5 of 32      Show full image*                         🖶 Print

| | |
|---|---|
| Check Number | 2391 |
| Date Posted | 03/30/23 |
| Check Amount | $853.40 |



‹ Previous      Flip    🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

BARTHOLOMEW F CASO
D.I.P.
P.O. BOX 583
OKEECHOBEE, FL 34973
561-876-5747

2341

69-751/631

Pay to the
Order of    SN SERVICLLC                          $ 853.44

ELGET HUNDRED FIFTY-THREE & 44/100  Dollars

WELLS FARGO BANK

For  LOAN # 0066 322 569

Date 4-18-23

Bartholomew 2. Caso

⑆063107513⑆066 3869 2844⑆ 2341

# Check Details

| | |
|---|---|
| Check Number | 2307 |
| Date Posted | 05/23/23 |
| Check Amount | $853.40 |



‹ Previous       Flip    🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# ALDRIDGE | PITE
LLP

Alabama · Alaska · Arizona · California · Florida · Georgia · Hawaii · Idaho · Nevada · New Mexico · New York ·
Oregon · Tennessee · Texas · Utah · Washington

May 30, 2023

**VIA CERTIFIED MAIL**

Bartholomew Francis Caso
1113 - 4th Street
Okeechobee, FL 34974

David L. Merrill, Esq.
Harbour Financial Center
2401 PGA Boulevard Suite 280M
Palm Beach Gardens, FL 33410
dlmerrill@theassociates.com

Bankruptcy Case No.:  13-12673-MAM
Our File No.:  000006-013900-P
Property Address: 206 S Walnut St., Greensboro, GA 30642

Dear Addressees:

This office represents PHH Mortgage Corporation ("Creditor") in the above-referenced bankruptcy proceeding.

The parties are bound by the terms of the Agreed Order Granting Motion to Value and Determine Secured Status of Lien on Real Property ("Order") entered at Docket Entry 337. The Order required the Debtor to maintain property taxes for the Property.

**PHH disbursed funds of $2,520.79 for unpaid taxes.**

Accordingly, based on the foregoing, the total amount past due under the terms of the Order is $2,520.79 (the "Default Amount").

**NOTICE IS FURTHER GIVEN** that this letter constitutes the written Notice of Default. In the event the Debtor fails to cure the Default Amount after the passage of ten (10) calendar days from the above referenced date, Creditor shall proceed with remedies as permitted by terms of the Order and applicable law. Please note the Default Amount represents the payments owed under the Order. The Default Amount may exclude late fees, attorneys' fees, advances, and other charges, which may be contractually owed under the terms of the loan documents. Creditor reserves its right to collect any additional fees which may be owed under the loan documents.

Payment in the form of certified funds should be made payable and mailed to:

PHH Mortgage Corporation
1661 Worthington Rd.
Suite 100
West Palm Beach, FL 33409



8880 Rio San Diego Drive,
Suite 725
San Diego, CA 92108
(858) 750-7600
www.aldridgepite.com

078